## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**DONALDSON COMPANY, INC.,**

　　　　Plaintiff,

v.

**BALDWIN FILTERS, INC.,**

　　　　Defendant.

Civil No.  0:09-cv-01049-JMR-AJB

**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM PRESENTING EVIDENCE REGARDING OPINIONS OF COUNSEL**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

　　X　 Item Under Seal pursuant to the Protective Order dated January 4, 2010