UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DONALDSON COMPANY, INC., | Case No. 09-CV-1049 (PJS/AJB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| BALDWIN FILTERS, INC., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on February 1, 2012 [Civil Docket No. 174],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: February 2, 2012                               s/Patrick J. Schiltz
                                                                  Patrick J. Schiltz
                                                                  United States District Judge