# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Donaldson Company, Inc., | ) | COURT MINUTES – CIVIL |
|  | ) | BEFORE:  ARTHUR J. BOYLAN |
|  | ) | U.S. CHIEF MAGISTRATE JUDGE |
| Plaintiff(s), | ) |  |
|  | ) | Case No:          cv 09-1049 PJS/AJB |
| v. | ) | Date:               2/1/12 |
|  | ) | Courthouse:      Minneapolis |
| Baldwin Filters, Inc., | ) | Chambers:        9E |
|  | ) | Time Commenced:   10:00 a.m. |
| Defendant(s). | ) | Time Concluded:    10:30 p.m. |
|  | ) | Time in Court:      30 Minutes |
|  | ) |  |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:     Theodore M. Budd, Kevin P. Wagner

Defendant:   Lora M. Friedemann, Ann Marie T. Wahls, Mark A. Pals

**PROCEEDINGS:**

√     Settlement reached.

**Other Remarks:**

_____s/ KAT_____
Judicial Assistant